| | |
|---|---|
| ANDREW D. FORTNEY (SBN 178699) | MARK E. MILLER (SBN 130200) |
| SHERRIE M. FLYNN (SBN 240215) | MICHAEL SAPOZNIKOW (SBN 242640) |
| BRADLEY J. LEVANG (SBN 226922) | TIMOTHY BYRON (SBN 277569) |
| The Law Offices of Andrew D. Fortney, Ph.D., P.C. | ELIZABETH OFFEN-BROWN (SBN 279077) |
| | O'Melveny & Myers LLP |
| 1725 N. Fine Ave., Suite 101 | Two Embarcadero Center, 28th Floor |
| Fresno, CA 93727 | San Francisco, California 94111-3823 |
| Telephone: (559) 432-6847 | Telephone: (415) 984-8700 |
| Facsimile: (559) 432-6872 | Facsimile: (415) 984-8701 |
| Email: *andrew.fortney@fortneylaw.com* | Email: *markmiller@omm.com* |
| Email: *sherrie.flynn@fortneylaw.com* | Email: *msapoznikow@omm.com* |
| Email: *bradley.levang@fortneylaw.com* | Email: *tbyron@omm.com* |
| | Email: *eoffenbrown@omm.com* |
| Attorneys for Plaintiff | Attorneys for Defendant |
| GOLDEN GATE TECHNOLOGY, INC. | MENTOR GRAPHICS CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORP., an Oregon Corporation,<br><br>Defendant | Case No.: 3:12-cv-01840-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE SCHEDULE**<br><br>JUDGE: HON. SUSAN ILLSTON |

Plaintiff Golden Gate Technology, Inc. ("Plaintiff") and Defendant Mentor Graphics Corporation ("Defendant") hereby agree and stipulate as follows:

WHEREAS, on October 4, 2012, the Court granted the Joint Motion for Extension of Time which stipulated that Defendant's Invalidity Contentions will be due on December 15, 2012, and that the parties will submit a joint schedule pursuant to the Patent Local Rules to set all subsequent dates after GGT submits an Amended Complaint (ECF No. 35);

WHEREAS, on October 12, 2012, the Court granted the Stipulation and [Proposed] Order Regarding Filing of First Amended Complaint and Service of Amended Infringement Contentions (ECF No. 38);

WHEREAS, as part of the October 12, 2012 Stipulation, the parties agreed to jointly submit a revised schedule by November 15, 2012 (ECF No. 38);

WHEREAS, Plaintiff filed its First Amended Complaint for Patent Infringement ("FAC") on October 17, 2012 (ECF No. 39); and

WHEREAS, Defendant filed its Answer to the FAC on November 5, 2012 (ECF No. 40).

IT IS HEREBY STIPULATED that subject to the Court's approval and any modifications to be made by the Court subject to the Court's availability, the case schedule shall be modified as follows:

| **Event** | **Current Date** | **[Proposed] New Date** |
|---|---|---|
| Defendant serves Invalidity Contentions | December 15, 2012 (ECF No. 35) | N/A |
| Parties exchange a list of claim terms, phrases or clauses which that party contends should be construed by the Court | October 16, 2012 | January 14, 2012 |
| The parties will exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2. | November 7, 2012 | February 4, 2013 |
| The Parties will meet and confer and file a Joint Claim Construction and Prehearing Statement | December 4, 2012 | March 4, 2013 |
| Completion of any discovery concerning claim construction, including depositions/discovery of experts. | January 15, 2013 | April 3, 2013 |
| Plaintiff files Opening Claim Construction Brief | January 29, 2013 | April 17, 2013 |
| Defendant files Opposing Claim Construction Brief | February 12, 2013 | May 1, 2013 |
| Plaintiff files Reply Claim Construction Brief | February 19, 2013 | May 8, ~~2012~~ 2013 |
| Technology Tutorial | March 6, 2013 | May 15, ~~2012~~ 2013 or at the Court's convenience |
| Claim Construction Hearing | March 13, 2013 | May 22, ~~2012~~ 2013 or at the Court's convenience |

7/12/13 @ 3:00 p.m.

| Further Case Management Conference | At the Court's convenience | At the Court's convenience |
| --- | --- | --- |
| Deadline to Amend the Pleadings Without Obtaining Leave from the Court | 20 days after claim construction order | 20 days after claim construction order |
| Production of Advice of Counsel Evidence | 50 days after claim construction order | 50 days after claim construction order |

Date: __November 15, 2012_____    Respectfully Submitted,
　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP


By:   /Mark E. Miller/_____
　　　　　MARK E. MILLER
　　　　　MICHAEL SAPOZNIKOW
　　　　　TIMOTHY BYRON
　　　　　ELIZABETH OFFEN-BROWN
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION


Date: __November 15, 2012_____    Respectfully Submitted,
　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF ANDREW D.
　　　　　　　　　　　　　　　　　　FORTNEY, Ph.D., P.C.


By:   /Andrew D. Fortney/_____
　　　　　ANDREW D. FORTNEY
　　　　　SHERRIE M. FLYNN
　　　　　BRADLEY J. LEVANG
Attorneys for Plaintiff
GOLDEN GATE TECHNOLOGY, INC.

*Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: ___11/16/12_____    _____
　　　　　　　　　　　　　　　　　　Honorable Susan Illston

---

Stipulation and [Proposed] Order Regarding     Case No. 3:12-cv-01840-SI
Revised Case Schedule

3