| | |
|---|---|
| ANDREW D. FORTNEY (SBN 178699) | MARK E. MILLER (SBN 130200) |
| SHERRIE M. FLYNN (SBN 240215) | MICHAEL SAPOZNIKOW (SBN 242640) |
| BRADLEY J. LEVANG (SBN 226922) | TIMOTHY BYRON (SBN 277569) |
| The Law Offices of Andrew D. Fortney, Ph.D., P.C. | ELIZABETH OFFEN-BROWN (SBN 279077) |
| | O'Melveny & Myers LLP |
| 1725 N. Fine Ave., Suite 101 | Two Embarcadero Center, 28th Floor |
| Fresno, CA 93727 | San Francisco, California 94111-3823 |
| Telephone: (559) 432-6847 | Telephone: (415) 984-8700 |
| Facsimile: (559) 432-6872 | Facsimile: (415) 984-8701 |
| Email: *andrew.fortney@fortneylaw.com* | Email: *markmiller@omm.com* |
| Email: *sherrie.flynn@fortneylaw.com* | Email: *msapoznikow@omm.com* |
| Email: *bradley.levang@fortneylaw.com* | Email: *tbyron@omm.com* |
| | Email: *eoffenbrown@omm.com* |
| Attorneys for Plaintiff | Attorneys for Defendant |
| GOLDEN GATE TECHNOLOGY, INC. | MENTOR GRAPHICS CORPORATION |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., a California corporation, | Case No.: 12-cv-01840-SI |
| Plaintiff, | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND P~~ROPOSE~~D ORDER** |
| vs. | |
| MENTOR GRAPHICS CORP., an Oregon corporation, | |
| Defendant. | |

//
//
//
//
//

---

**Stipulated Motion for Dismissal**            Case No. 3:12-cv-01840-SI
**with Prejudice and Proposed Order**

1  The Plaintiff, Golden Gate Technology, Inc., and the defendant, Mentor Graphics Corporation,
2  pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action
3  with regard to all claims brought by Plaintiff in their entirety WITH PREJUDICE, with each
4  party to bear its own costs, expenses and attorneys' fees.

6  Date: __January 2, 2013_____        Respectfully Submitted,
7                                              O'MELVENY & MYERS LLP

8
9                                              By: __/s/ Mark E. Miller_____
                                                       MARK E. MILLER
                                                       MICHAEL SAPOZNIKOW
10                                                     TIMOTHY BYRON
11                                                     ELIZABETH OFFEN-BROWN
                                                Attorneys for Defendant
12                                              MENTOR GRAPHICS CORPORATION

14  Date: __January 2, 2013_____        Respectfully Submitted,
                                                THE LAW OFFICES OF ANDREW D.
15                                              FORTNEY, Ph.D., P.C.

16

17                                              By: __/s/ Andrew D. Fortney_____
                                                       ANDREW D. FORTNEY
18                                                     SHERRIE M. FLYNN
                                                       BRADLEY J. LEVANG
19                                              Attorneys for Plaintiff
20                                              GOLDEN GATE TECHNOLOGY, INC.

21  *Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of
22  this document has been obtained from each of the other signatories.*

23

24        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26
27  Date: ___1/8/13_____        _____
                                              Honorable Susan Illston
28

---

**Stipulated Motion for Dismissal**                                    Case No. 3:12-cv-01840-SI
**with Prejudice and Proposed Order**

2