1  ANDREW D. FORTNEY (SBN 178699)       MARK E. MILLER (SBN 130200)
2  SHERRIE M. FLYNN (SBN 240215)        MICHAEL SAPOZNIKOW (SBN 242640)
   BRADLEY J. LEVANG (SBN 226922)       TIMOTHY BYRON (SBN 277569)
3  The Law Offices of Andrew D. Fortney, ELIZABETH OFFEN-BROWN (SBN 279077)
   Ph.D., P.C.                          O'Melveny & Myers LLP
4  1725 N. Fine Ave., Suite 101         Two Embarcadero Center, 28th Floor
5  Fresno, CA 93727                     San Francisco, California 94111-3823
   Telephone: (559) 432-6847            Telephone: (415) 984-8700
6  Facsimile: (559) 432-6872            Facsimile: (415) 984-8701
   Email: *andrew.fortney@fortneylaw.com*  Email: *markmiller@omm.com*
7  Email: *sherrie.flynn@fortneylaw.com*   Email: *msapoznikow@omm.com*
   Email: *bradley.levang@fortneylaw.com*  Email: *tbyron@omm.com*
8                                       Email: *eoffenbrown@omm.com*

9  Attorneys for Plaintiff              Attorneys for Defendant
   GOLDEN GATE TECHNOLOGY, INC.         MENTOR GRAPHICS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MENTOR GRAPHICS CORP., an Oregon corporation,<br><br>　　　　　Defendant. | Case No.: 12-cv-01840-SI<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND P~~ROPOSED~~ ORDER** |

//
//
//
//
//

1  The Plaintiff, Golden Gate Technology, Inc., and the defendant, Mentor Graphics Corporation,
2  pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing this action
3  with regard to all claims brought by Plaintiff in their entirety WITH PREJUDICE, with each
4  party to bear its own costs, expenses and attorneys' fees.

6  Date: __January 2, 2013_____

Respectfully Submitted,
O'MELVENY & MYERS LLP


By: __/s/ Mark E. Miller_____
       MARK E. MILLER
       MICHAEL SAPOZNIKOW
       TIMOTHY BYRON
       ELIZABETH OFFEN-BROWN
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

14  Date: __January 2, 2013_____

Respectfully Submitted,
THE LAW OFFICES OF ANDREW D.
FORTNEY, Ph.D., P.C.


By: __/s/ Andrew D. Fortney_____
       ANDREW D. FORTNEY
       SHERRIE M. FLYNN
       BRADLEY J. LEVANG
Attorneys for Plaintiff
GOLDEN GATE TECHNOLOGY, INC.

21  *Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.*


24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**


27  Date: ___1/8/13_____        _____
                                                                   Honorable Susan Illston